**ASHMAN & STEIN**
ATTORNEYS AT LAW
150 NORTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606

TELEPHONE
(312) 782-3484

FACSIMILE
(312) 782-4279

July 13, 2005

Thaddeus L. Wilson
Brookins & Wilson
100 North LaSalle Street
Suite 1710
Chicago, Illinois 60602

Re: *Nedra Jones v. Emmit Q. Hoosman*
Case No.: 05 C 2909

Dear Mr. Wilson:

On May 23, 2005, we sent your client a copy of Judge Aspen's Order setting the status hearing for July 7, 2005, at 10:30 a.m. in Courtroom 2525. On May 31, 2005, you responded on behalf of Mr. Hoosman, who you identified as your "client". Accordingly, we wrote you on June 3, 2005, and, on June 7, 2005, also replied to your June 4, 2005 response. However, you did not appear on behalf of Mr. Hoosman on July 7, 2005.

Judge Aspen has set this matter for further status on August 11, 2005, at 10:30 a.m.. He also instructed that we serve notice of that date on Mr. Hoosman. Accordingly, although you previously identified yourself as Mr. Hoosman's counsel, your conduct of July 7, 2005 indicates otherwise and so we are sending a copy of this letter directly to him in accordance with Judge Aspen's instructions.

Additionally, because your client has refused to waive service of summons pursuant to our May 17, 2005 request, we will be serving Mr. Hoosman and will seek the costs of service from him.

Sincerely,

Carey M. Stein

CMS:bm

cc: Emmit Q. Hoosman

boom-dell\shareddocs\carey\active\jones\letters\ltr.t.wilson.7-8-05.wpd



EXHIBIT C