# Invoice

**Professional's Detective Agency**
20 N. Sangamon Street
Chicago, IL 60607

| Date | Invoice # |
|---|---|
| 8/19/2005 | 20755 |

**Bill To**
Ashman & Stein
Attorneys at Law
150 N. Wacker Drive
Chicago, IL 60606

| Terms |
|---|
| Due on receipt |

| Item | Description | Amount |
|---|---|---|
| Investigation | RE: Nedra Jones vs. Emmit Q. Hoosman<br>Case # 05 C 2909<br><br>Investigator Northern to 20832 W. Barrington Court, Plainfield, Illinois (two trips) and served Sue Hoosman, the wife of Emmit Q. Hoosman. | 150.00 |

**EXHIBIT E**

Total    $150.00