IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEDRA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 05CV2909 |
| v. | ) | |
| | ) | Judge Aspen |
| EMMIT Q. HOOSMAN, | ) | Magistrate Schenkier |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF CAREY M. STEIN IN SUPPORT OF
PLAINTIFF'S MOTION FOR COSTS PURSUANT TO FRCP RULE 4(d**

The affiant, CAREY M. STEIN, being first duly sworn on oath, deposes and states as follows:

1. I am a partner in the law firm of Ashman & Stein, counsel of record for Plaintiff herein. My business address is 150 North Wacker Drive, Suite 3000, Chicago, Illinois 60606. I am a member of the bar of the Illinois Supreme Court and the Federal District Court for the Northern District of Illinois, in addition to being a member of the Federal Trial Bar. I am admitted to practice before numerous other federal and state trial and appellate courts, as well as the United States Supreme Court. I make this affidavit in support of Plaintiff's motion for costs pursuant to FRCP Rule 4(d).

2. On May 17, 2005, I mailed to Emmit Hoosman: (i) a Notice of Lawsuit and Request For Waiver of Service of Summons, together with (ii) two (2) copies of a "Waiver of Service of Summons" form, (iii) a copy of the Complaint herein, and (iv) a self-addressed stamped envelope.

3. On July 29, 2005, after Defendant failed or refused to return a waiver of service



EXHIBIT F

herein, I caused summons to be issued by Clerk of this Court and thereupon retained Professional's Detective Agency, Inc. to serve same upon Defendant.

4. I keep time and expense records on a daily basis for professional services rendered to clients. Based upon my review of our records, I devoted approximately 1.0 hours to preparing and mailing the request for waiver of summons and then obtaining, preparing and effecting service of summons on Defendant; and .5 hours preparing and filing Plaintiff's motion for costs pursuant to Rule 4(d).

5. My fee for the foregoing work was $380.00/hour, which is my current billing rate for all types of cases.

6. I have full knowledge of all matters stated herein, and I am competent to testify thereto. If I were called to give testimony during a hearing, my testimony would be in accord with the facts as stated by me herein.

THE AFFIANT FURTHER SAYETH NOT.

_____
CAREY M. STEIN

Subscribed and Sworn to before me

this 24th day of January, 2006

_____
NOTARY PUBLIC

N:\rachel\Jones\Hoosman\FEEAffidavit.wpd